IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **FREDERICK S. CATO,** | Case No. 2:23-cv-2560 AC P |
| Plaintiff, | ~~[PROPOSED]~~ ORDER |
| v. | |
| **HERNANDEZ, et al.,** | |
| Defendants. | |

Good cause appearing, the Court GRANTS Defendants' *Ex Parte* Motion to Modify the Discovery and Scheduling Order, issued on December 13, 2024.  ECF No. 21.  The dispositive motion deadline is extended to September 5, 2025.  All other provisions of the Court's Discovery and Scheduling Order (ECF No. 21) remain in effect.

Dated: June 25, 2025

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE