1

2

3

4

5

6

7

8                        UNITED STATES DISTRICT COURT

9                    FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   FREDERICK S. CATO,                              No.  2:23-cv-2560 AC P

12                  Plaintiff,

13          v.                                        ORDER

14   HERNANDEZ, et al.,

15                  Defendants.

16

17          On September 5, 2025, defendant filed a motion for summary judgment.  ECF No. 28.

18   Plaintiff has not opposed the motion.  Good cause appearing, IT IS HEREBY ORDERED that

19   within twenty-one days after the filing date of this order, plaintiff shall file and serve an

20   opposition to the motion for summary judgment or a statement of non-opposition.  Failure to

21   comply with this order will result in a recommendation that this action be dismissed without

22   prejudice for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b).

23   DATED: October 21, 2025

24

25   ALLISON CLAIRE
     UNITED STATES MAGISTRATE JUDGE

26

27

28

1